# Third District Court of Appeal

## State of Florida

Opinion filed June 5, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-600
Lower Tribunal No. F99-5844
_____

## Daniel A. Burnes,
Appellant,

vs.

## The State of Florida,
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Daniel A. Burnes, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.